March 11, 2005

Mr. Ioannis Vasilios Anaipakos
Baker & Botts, L.L.P.
910 Louisiana Street, Ste. 3000
Houston, TX 77002-4995
Mr. Anthony F. Constant
Constant & Vela
802 N. Carancahua, Suite 1570
Corpus Christi, TX 78470-0500

RE: Case Number: 02-0700
 Court of Appeals Number: 13-02-00409-CV
 Trial Court Number: 28,223-A

Style: IN RE RELIANT ENERGY, INCORPORATED

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion in the above-referenced cause. The Motion for Emergency Stay as
supplemented is dismissed as moot. The court of appeals' opinion is
ordered published.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Juan de Dios |
| |Salinas |
| |Ms. Cathy Wilborn |
| |Honorable Homero |
| |Garza |